# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN THE MATTERS OF EAGLE MOUNTAIN VIEW, LLC, ENGLISH MOUNTAIN VIEW, LLC, AND CARVER MOUNTAIN RESERVE, LLC,<br><br>EAGLE MOUNTAIN VIEW, LLC, ENGLISH MOUNTAIN VIEW, LLC, AND CARVER MOUNTAIN RESERVE, LLC,<br><br>    Petitioners,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Civil Action No. _____ |

## PETITION OF EAGLE MOUNTAIN VIEW, LLC, ENGLISH MOUNTAIN VIEW, LLC, AND CARVER MOUNTAIN RESERVE, LLC
## TO QUASH IRS SUMMONSES

Pursuant to 26 U.S.C. §§ 7609(b)(2) and (h), Eagle Mountain View, LLC, ("Eagle Mountain View"), English Mountain View, LLC ("English Mountain View"), and Carver Mountain Reserve, LLC ("Carver Mountain Reserve") (collectively "the Entities") hereby petition this Court for an order quashing three summonses issued by Respondent through the Internal Revenue Service ("IRS") to

#3069458v11

1

Kerry Mock on or about August 5, 2020. The summonses purport to be related to IRS audits of (a) Eagle Mountain View's 2016 tax return, which includes a charitable contribution deduction for the granting of a 2016 conservation easement; (b) Carver Mountain Reserve's 2016 tax return, which also includes a charitable contribution deduction for the granting of a 2016 conservation easement, and (c) English Mountain View's 2016 tax returns, which includes a charitable contribution deduction for a 2016 fee simple donation. However, as detailed in the attached Memorandum of Law, the summonses are improper and harassing because the IRS has already received virtually all of the requested information through the Entities' own thorough and timely responses to prior IRS requests over the past 16 months. In addition, the summonses are overbroad because, inter alia, they seek information from different time periods, and they are improper attempts to invade the Entities' attorney-client privilege.

WHEREFORE, the Entities request the Court enter an order quashing the summonses.

Respectfully submitted, this 25th day of August, 2020.

/s/ *Jason J. Carter*
Jason J. Carter
Georgia Bar No. 141669
carter@bmelaw.com

#3069458v11

                                            Michael R. Baumrind
                                            Georgia Bar No. 960296
                                            baumrind@bmelaw.com
                                            Bondurant, Mixson & Elmore, LLP
                                            1201 West Peachtree Street, N.W.
                                            Suite 3900
                                            Atlanta, Georgia  30309
                                            (404) 881-4100 – Phone
                                            (404) 881-4111 – Fax

# **CERTIFICATE OF COMPLIANCE**
# **WITH LOCAL RULE 5.1**

Counsel for Petitioners Eagle Mountain View, LLC, ("Eagle Mountain View"), English Mountain View, LLC ("English Mountain View"), and Carver Mountain Reserve, LLC certifies that the foregoing document was prepared in Times New Roman, 14-point font, in accordance with Local Rule 5.1.

This 25th day of August, 2020.

*/s/ Jason J. Carter*
Jason J. Carter
Georgia Bar No. 141669

# CERTIFICATE OF SERVICE

I hereby certify that this 25th day of August, 2020, a copy of the foregoing **PETITION OF EAGLE MOUNTAIN VIEW, LLC, ENGLISH MOUNTAIN VIEW, LLC, AND CARVER MOUNTAIN RESERVE, LLC TO QUASH IRS SUMMONSES** was filed with the Clerk of Court using the CM/ECF system, and deposited in the United States Mail, Certified, return receipt requested, with postage prepaid to the following:

**Yan Shu Zhao, Internal Revenue Agent:**
Internal Revenue Service
2888 Woodcock Blvd,
Atlanta, GA 30341

**Andrew S. Breig, Internal Revenue Agent Manager**:
Internal Revenue Service
2888 Woodcock Blvd,
Atlanta, GA 30341

**Kerry Mock**
4211 Dogwood Bend Ter,
Berkeley Lake, GA 30096

**William Barr, Attorney General, U.S. Dept. of Justice**
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**Byung J. Pak, United States Attorney for the Northern District of Georgia**
Richard B. Russell Federal Building
75 Ted Turner Dr. SW
Suite 600
Atlanta, GA 30303-3309

This 25th day of August, 2020.

/s/ *Jason J. Carter*
Jason J. Carter
Georgia Bar No. 141669